[No. 1816-1.   Division One.   December 28, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY JOSEPH ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 59718, James J. Dore, J., entered June 20, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.

[No. 2014-42384-1.   Division One.   December 28, 1973.]

BETTY M. SPARKMAN, *Respondent*, v. CONTINENTAL CASUALTY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 737802, George H. Revelle, J., entered April 11, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Williams, J.

[No. 723-3.   Division Three.   December 28, 1973.]

GLEN W. KIDDER, *as Guardian, Respondent*, v. MIKE CUMMINS *et al., Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 25952, John T. Day, J., entered September 27, 1972. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 765-3.   Division Three.   January 2, 1974.]

KAREN BIGELOW, *Respondent*, v. PHILLIP K. BIGELOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 200753, Del Cary Smith, Jr., J., entered December 1, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.